RECEIVED
IN LAKE CHARLES, LA
OCT 31 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| WILLIS A. BAILEY | CIVIL ACTION NO. 04-1482-LC |
| VS. | SECTION P |
| GREG HILL, JOHN GOTT, SHANE FRUGE, AND DALE SHARP | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS FURTHER ORDERED** that plaintiff's civil rights claims be **DISMISSED WITH PREJUDICE** in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED,** in Chambers, in Lake Charles, Louisiana, on this the 31 day of October, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE